NEW YORK CREDIT MEN'S ASSOCIATION, as Assignee for the Benefit of Creditors of MERVA FROCKS, INC., Appellant, v. NATIONAL MERCHANTS SERVICE CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.